# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-3122

———————————————

Tricia Marie Myers

*Plaintiff - Appellant*

v.

Itasca County HRA; Diane Larson; Carrie Schmitz; Kenda Roddenberg

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: June 18, 2026
Filed: June 24, 2026
[Unpublished]

——————————

Before LAVENSKI R. SMITH, ERICKSON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Tricia Myers appeals following the district court's[1] adverse grant of summary judgment in her pro se 42 U.S.C. § 1983 action. After careful consideration of the

---

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.

record and the parties' arguments on appeal, we conclude that the district court permissibly relied on a declaration submitted by defendant Diane Larson.  See Fed. R. Civ. P. 56(c)(4) (affidavit used to support a motion for summary judgment must be made on personal knowledge, set out facts that would be admissible in evidence, and show that affiant is competent to testify on matters stated).  We also conclude that summary judgment was proper.  See Lloyd v. FedLoan Servicing, 105 F.4th 1020, 1024 (8th Cir. 2024) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____